# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

RANDALL S. JOHNSON,

    Plaintiff,

v.                                                                Civil Action No. 4:19-cv-01827

RAILROAD COMMISSION OF TEXAS (RRC),

    Defendant,

## ORDER

On this day the Court considered Plaintiff's Rebuttal to Defendant Railroad Commission of Texas' Partial Motion to Dismiss. Having considered the rebuttal, the Court finds that Defendant's Partial Motion to Dismiss is **DENIED**.

It is therefore **OREDERED** that the Defendant's Partial Motion to Dismiss **DENIED** with prejudice.

        Singed this _____ day of _____, 2019.

                                                                        HON. VANESSA GILMORE
                                                                       UNITED STATES DISTRICT JUDGE